**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 1 0 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. 25-2552 DHU |
| vs. ) | 18 U.S.C. §§ 922(g)(5) and 924: Alien in Possession of a Firearm. |
| **ICHIRO EDUARDO YAMAWAKI BERRIO**, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about August 30, 2024, in Bernalillo County, in the District of New Mexico, the defendant, **ICHIRO EDUARDO YAMAWAKI BERRIO**, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(5) and 924.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_Rachel Lee_
Assistant United States Attorney